ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN C. BRANAGAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel. (212) 637-2804
Fax (212) 637-2750

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
FAUSTA SERRANO o/b/o            :
JESSICA D. MINAYA,              :
                                :
              Plaintiff,        :
                                :
       - v. -                   :
                                :   STIPULATION AND ORDER
                                :
MICHAEL J. ASTRUE,              :   08 Civ. 5895 (DLC)
Commissioner of                 :
Social Security,                :
                                :
              Defendant.        :
                                :
- - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/4/08

IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff, pro se, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from September 15, 2008 to and including November 14, 2008.  This extension is requested

to allow the Social Security Administration sufficient time to evaluate its litigation position in this case. No previous extension has been granted in this case.

Dated: New York, New York
       August 21, 2008

                                 */s/ Fausta Serrano*
                                 FAUSTA SERRANO
                                 436 Taylor Avenue
                                 1st Floor
                                 Bronx, New York  10473
                                 Telephone No: (347)920-8230

                                 MICHAEL J. GARCIA
                                 United States Attorney for the
                                 Southern District of New York
                                 Attorney for Defendant


                       By: */s/ Susan C. Branagan*
                                 SUSAN C. BRANAGAN
                                 Assistant United States Attorney
                                 86 Chambers Street, 3rd Floor
                                 New York, New York  10007
                                 Telephone No.: (212) 637-2804
                                 Susan.Branagan@usdoj.gov


SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Sept. 4, 2008

COPIES SENT TO:

Fausta D. Serrano
436 Taylor Avenue, First Floor
Bronx, NY 10473

Susan C. Branagan
U.S. Attorney's office - Civil Div.
86 Chamber Street, 3rd Floor
New York, NY 10007